M. Deshong
x9290

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. '21 MJ03790 |
| Plaintiff, ) | |
| ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | Title 18, U.S.C., Sec 111(a)(1)- Assault on |
| ) | A Federal Officer (Felony) |
| ) | |
| ) | Title 8, USC 1326 Attempted Entry After |
| Antonio REYES-Barcenas, ) | Deportation |
| ) | |
| ) | |
| Defendant. ) | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about September 14, 2021, within the Southern District of California, defendant Antonio REYES-Barcenas, did knowingly and intentionally and forcibly assault a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

## COUNT TWO

On or about September 14, 2021, within the Southern District of California, defendant, Antonio REYES-Barcenas, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 15, 2021.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Antonio REYES-Barcenas

## PROBABLE CAUSE STATEMENT

On September 14, 2021, Border Patrol Agents J. Damian, M. Ramirez and R. Lizarraga were performing their assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agent Damian was wearing his Border Patrol rough duty uniform with badge and patches visible. Agent Damian was in a marked Border Patrol vehicle unit, equipped with emergency lights and sirens. At approximately 6:40 AM, Agent Damian was patrolling in an area known to Border Patrol agents as "Britannia Gate." This area is approximately three miles east of the San Ysidro, California Port of Entry and approximately 50 yards north of the United States/Mexico International Boundary. Agent Damian observed an individual climbing the Secondary Boundary Fence. Agent Damian ordered the individual, later identified as defendant Antonio REYES-Barcenas to climb down from the fence. Agent Damian identified himself as a Border Patrol Agent and then asked REYES to state his citizenship. REYES stated that he is a citizen of Mexico. At approximately 6:42 AM, Agent Damian placed REYES under arrest. Agent Damian placed REYES in the back of his vehicle while waiting for transport to take REYES to the station for further processing.

Agent Ramirez arrived in his assigned vehicle to transport REYES to the station. Agent Damian removed his handcuffs from REYES in order to place him in a different pair of handcuffs before getting in the transport vehicle. Agent Ramirez told REYES to place his hands on his head so he could put his handcuffs on. REYES did not comply with this order. Agent Ramirez ordered REYES a second time to place his hands on his head. REYES turned around, punched Agent Damian in the face and grabbed him by the vest. Agent Damian took REYES to the ground. REYES punched Agent Damian in the nose while resisting. Agent Damian's eye glasses broke during the assault. Agent Ramirez attempted to gain control of REYES' legs while they were on the ground. Approximately five minutes later, Agent Lizarraga arrived on scene and assisted the other agents to restrain REYES and place him in handcuffs.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on September 14, 2021 with an intended destination of Los Angeles, California.

Routine record checks of the defendant revealed a criminal and immigration history. A

**CONTINUATION OF COMPLAINT:**
Antonio REYES-Barcenas

comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 22, 2018 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.